IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00106-WJM-MEH

JESSE GABRIEL,

    Plaintiff,

v.

WACHOVIA,
WELLS FARGO, and
DOUGLAS COUNTY PUBLIC TRUSTEE,

    Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 8, 2012.**

    The Complaint and Ex Parte Motion for Emergency Preliminary Injunction and/or Temporary Restraining Order, construed as a motion for preliminary injunction [filed May 7, 2012; docket #19] is **denied without prejudice**. The document filed by the Plaintiff appears to be incomplete (only the first two pages and a portion of a third page are included) and contains no signature page. The Plaintiff may re-file a complete copy of the document on or before May 11, 2012.