IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00106-WJM-MEH

JESSE GABRIEL,

    Plaintiff,

v.

WACHOVIA,
WELLS FARGO, and
DOUGLAS COUNTY PUBLIC TRUSTEE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2012.**

    Defendants' Motion to Vacate and Reset the Scheduling Conference [filed June 12, 2012; docket #28] is **granted in part** and **denied in part**. The Scheduling Conference set in this case for June 19, 2012, at 9:45 a.m. is hereby **converted** to a Status Conference to be held in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. The Parties may appear telephonically by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.