**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-0106-WJM-MEH

JESSE GABRIEL,

    Plaintiff,

v.

WACHOVIA,
WELLS FARGO, and
DOUGLAS COUNTY PUBLIC TRUSTEE

    Defendants.

---

**ORDER ADOPTING OCTOBER 23, 2012 RECOMMENDATION OF MAGISTRATE
JUDGE, DISMISSING CASE FOR FAILURE TO PROSECUTE**

---

This matter is before the Court on the October 23, 2012 Recommendation of United States Magistrate Judge Michael E. Hegarty (the "Recommendation") (ECF No. 40) that this action be dismissed with prejudice for failure to prosecute. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 40, at 1 n.1.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by either party.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 40) is ADOPTED in its entirety;

(2) This action is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

(3) The Clerk of the Court is DIRECTED to close this case.

Dated this 20th day of November, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge